

FILED

2011 JUL 27 PM 4:31

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.   CASE NO. 6:11-cr-224-ORL-22-KRS
    18 U.S.C. § 2422(b)
BLAKE ROBERT ADKINS   18 U.S.C. § 2428 - Forfeiture

## INDICTMENT

The Grand Jury charges:

### COUNT ONE

Beginning on or about April 27, 2011, in Brevard County, Florida, in the Middle District of Florida, and elsewhere,

**BLAKE ROBERT ADKINS**

the defendant herein, using a facility and means of interstate commerce, namely, the Internet, did knowingly attempt to persuade, induce, entice, and coerce, an individual who had not attained the age of 18 years to engage in a sexual activity for which any person could be charged with a criminal offense under Florida law, namely, Lewd or Lascivious Battery, a violation of Section 800.04 of the Florida Statutes.

All in violation of Title 18, United States Code, Section 2422(b).

### FORFEITURES

1.   The allegations contained in Count One of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures, pursuant to the provisions of Title 18, United States Code, Section 2428.

2. Pursuant to Title 18, United States Code, Section 2428, upon conviction of an offense in violation of Title 18, United States Code, Section 2422, the defendant, **BLAKE ROBERT ADKINS**, shall forfeit to the United States of America any property, real or personal, that was used or intended to be used to commit or to facilitate the commission of the offense and any property, real or personal, constituting or derived from any proceeds obtained, directly or indirectly, as a result of the offense. The property to be forfeited includes, but is not limited to, the following: Dell Laptop Computer, Serial Number CN44876-4869394F0587A01.

3. If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendant:

   a. cannot be located upon the exercise of due diligence;

   b. has been transferred or sold to, or deposited with, a third person;

   c. has been placed beyond the jurisdiction of the Court;

   d. has been substantially diminished in value; or

   e. has been commingled with other property which cannot be subdivided without difficulty;

the United States of America shall be entitled to forfeiture of substitute property under the provisions of Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

A TRUE BILL,

_____
Foreperson

ROBERT E. O'NEILL
United States Attorney

By: _____
Myrna Amelia Mesa
Special Assistant United States Attorney

By: _____
Carlos A. Perez-Irizarry
Assistant United States Attorney
Chief, Orlando Division

FORM OBD-34
APR 1991

No.

# UNITED STATES DISTRICT COURT

Middle District of Florida
Orlando Division

THE UNITED STATES OF AMERICA

vs.

BLAKE ROBERT ADKINS

## INDICTMENT

Violations:

18 U.S.C. § 2422(b)

A true bill,

_____
Foreperson

Filed in open court this 27th day of July, 2011.

_____
Clerk

Bail $

GPO 863 525